■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO DEDIOS, Appellant. [656 NYS2d 939] —Appeal by the de-

fendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered January 10, 1995, convicting him of criminal sale of a controlled substance in the second degree and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Thompson and Goldstein, JJ., concur.